IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY L. LYONS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 11-4318 |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | : | |
| Defendant. | : | |

**FILED**
JUN 27 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 25 day of June, 2012, upon independent review of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response to Request for Review of Plaintiff (Doc. No. 10), Plaintiff's Reply (Doc. No. 12), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and no objection having been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**; and

3. The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.